IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

**LUCRETIA CROSS, et al.**                                                   **PLAINTIFFS**

**VS.**                       **Case No. 05-CV-1101**

**GEORGIA PACIFIC CORPORATION**                      **DEFENDANT**

**GEORGIA PACIFIC CORPORATION**             **THIRD-PARTY PLAINTIFF**

**VS.**

**P.M.C. CONSTRUCTION, INC.**                  **THIRD-PARTY DEFENDANT**

### ORDER

Before the Court is Defendant/Third-Party Plaintiff Georgia-Pacific Corporation's Motion to Non-Suit Third Party Complaint Against Third-Party Defendant P.M.C. Construction, Inc. (Doc. 13). The Court finds this motion ripe for consideration and upon consideration finds the motion should be and hereby is **granted** and Georgia-Pacific Corporation's Third Party Complaint Against Third-Party Defendant P.M.C. Construction is hereby dismissed without prejudice. If this matter is refiled in any court Georgia-Pacific Corporation will be ordered to pay any costs and expenses including reasonable attorney's fees which are duplicated as a result of refiling.

**IT IS SO ORDERED** this 1st day of May, 2006.

                                          /s/ Harry F. Barnes
                                             Hon. Harry F. Barnes
                                             U.S. District Judge