# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF ARKANSAS
# EL DORADO DIVISION

**LUCRETIA CROSS, et al.**                                              PLAINTIFFS

VS.                              Case No. 05-CV-1101

**GEORGIA PACIFIC CORPORATION**                                         DEFENDANT

**GEORGIA PACIFIC CORPORATION**                                 THIRD-PARTY PLAINTIFF

VS.

**P.M.C. CONSTRUCTION, INC.**                                   THIRD-PARTY DEFENDANT

## ORDER

On May 2, 2006, the Court entered an order granting Defendant/Third-Party Plaintiff Georgia-Pacific Corporation's Motion to Non-Suit Third Party Complaint Against Third-Party Defendant P.M.C. Construction, Inc. (Doc. 14). The Court has been informed that Georgia-Pacific Corporation and P.M.C. Construction's settlement negotiations are still ongoing and this order was entered before these settlement negotiations are completed. Upon consideration, the Court finds the Order granting Defendant/Third-Party Plaintiff Georgia-Pacific Corporation's Motion to Non-Suit Third Party Complaint Against Third-Party Defendant P.M.C. Construction, Inc. (Doc. 14) should be and hereby is **vacated and set aside** and the Court will hold in abeyance its ruling on this motion until Georgia-Pacific Corporation and P.M.C. Construction have completed their settlement negotiations.

**IT IS SO ORDERED** this 3rd day of May, 2006.

                                            /s/ Harry F. Barnes
                                              Hon. Harry F. Barnes
                                              U.S. District Judge